743 A.2d 911

**CONSULTING ENGINEERS, INC. and
Paul K. Goldberg, Appellants,**

v.

**INSURANCE COMPANY OF NORTH AMERICA, Selective
Way Insurance Company and Lucjan Zlotnicki and
Andrei Neuman, Appellees.**

Supreme Court of Pennsylvania.

Jan. 19, 2000.

Stephen J. Springer, Philadelphia, for Consulting Engineers, Inc. and Paul K. Goldberg.

Andrew L. Braunfeld, Norristown, for Insurance Co. of North America.

Andrew J. Gallogly, Philadelphia, for Selective Way Ins. Co.

Alexander K. Palamarchuk, Trevose, for Lucjan Zlotnicki and Andrei Neuman.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

**AND NOW**, this 19th day of January, 2000, the decision of the Superior Court is affirmed on the basis of its opinion. *Consulting Engineers, Inc. v. Insurance Company of North America,* 710 A.2d 82 (Pa.Super.1998).